Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 3

Indonesian Fishery Producers Processing and Marketing Association ("AP5I")

                            **Plaintiff,**

v.

**UNITED STATES,**

                            **Defendant.**

**S U M M O N S**  25-00035

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ **Mario Toscano**
Clerk of the Court

1. Indonesian Fishery Producers Processing and Marketing Association ("AP5I"), an interested party under 19 U.S.C. § 1677(9)(A).
   (Name and standing of plaintiff)

2. Plaintiff contests various aspects of the final determination by the International Trade Commission in the investigation of frozen warmwater shrimp from Indonesia, Ecuador, India, and Vietnam. See 89 Fed. Reg. 102163. The subsequent antidumping and countervailing duty orders were issued on December 26, 2024.
   (Brief description of contested determination)

3. December 17, 2024
   (Date of determination)

4. 89 Fed. Reg. 102163 (December 17, 2024), 89 Fed. Reg 104982 (December 26, 2024)
   (If applicable, date of publication in Federal Register of notice of contested determination)

Lizbeth R. Levinson
_____
Signature of Plaintiff's Attorney

January 27, 2025
_____
       Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Lizbeth R. Levinson, Esq.
2020 K Street, N.W., Suite 500
Washington, DC 20006
Phone: 202-794-1182
Email: llevinson@foxrothschild.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)