FORM 8A

# UNITED STATES COURT OF INTERNATIONAL TRADE

**BEFORE: Hon. M. Miller Baker, Judge**

| | |
|---|---|
| INDONESIAN FISHERY PRODUCERS PROCESSING AND MARKETING ASSOCIATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>And<br><br>Defendant-Intervenors,<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE, AND AMERICAN SHRIMP PROCESSORS ASSOCIATION | Court No. 25-00035 |

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: <u>August 14, 2025</u>

                                                                     Respectfully submitted,

                                                                     ***/s/ Lizbeth R. Levinson***
                                                                     FOX ROTHSCHILD LLP
                                                                     2020 K Street, NW
                                                                     Suite 500
                                                                     Washington, DC  20006
                                                                     Telephone: (202) 461-3100
                                                                     Facsimile: (202) 461-3102
                                                                     Email: llevinson@foxrothschild.com
                                                                     *Counsel for Plaintiff*

175628633.1

**FORM 8A**

*/s/ John David Henderson*
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW.
614-N
Washington, DC 20436
Phone: (202) 205-2130
Email: john.henderson@usitc.gov
*Counsel for Defendant*

*/s/ Nathaniel Jude Maandig Rickard*
Picard, Kentz & Rowe, LLP
1155 Connecticut Avenue, NW.
Suite 700
Washington, DC 20036
Phone: (202) 331-5040
Email: nrickard@pkrllp.com
*Counsel for Defendant-Intervenor*

*/s/ Roger Brian Schagrin*
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
Phone: (202) 223-1700
Email: rschagrin@schagrinassociates.com
*Counsel for Defendant-Intervenor*

175628633.1

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:  August 15,2025

Clerk, U. S. Court of International Trade

By:  /s/ Casey A. Cheevers
Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)